UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA, | No. 2:22-cv-01051-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 22, 2022, the court screened plaintiff's complaint and gave him the option of proceeding on the claims found cognizable or of filing an amended complaint to fix the deficiencies with the remaining claims. ECF No. 10. Plaintiff filed a Notice of Election indicating his desire to file an amended complaint. ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted 30 days from the date of this order in which to file a first amended complaint.
2. Plaintiff's failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed.

/////

/////

1

Dated:  December 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/garc1051.eot.election.docx

2