UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA, | No. 2:22-cv-01051-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 28, 2022, this court ordered plaintiff to file a first amended § 1983 complaint within 30 days. ECF No. 14. Plaintiff has filed two separate motions to stay these proceedings which the court construes as motions for an extension of time. So construed, the motions will be granted based on good cause shown.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motions for a stay, construed as motions for an extension of time, are granted; and

   2. Plaintiff is granted forty-five days from the date of this order in which to file and serve a first amended complaint.

/////

/////

1

Dated:  January 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/garc1051.36(1).docx