UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:22-cv-01051-KJM-CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed November 22, 2022, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was granted extensions of time to file an amended complaint. ECF Nos. 14, 18. The elapsed time period has now expired, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 29, 2023

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

12/garc1051.fta(1)