IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LUCIEN GARCIA,** | Case No. 2:22-cv-01051-KJM CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **ALLISON et al,** | |
| Defendant. | |

Having read and considered the *ex parte* motion filed by Defendant C. Kurgan and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. Defendant's request for an order vacating the currently scheduled settlement conference is **GRANTED**, and the settlement conference set for February 1, 2024 is **VACATED**.

2. The Court lifts the current stay of this action for participation in this District's Post-Screening ADR Project.

3. Defendant Kurgan shall file a responsive pleading within 21 days.

/////

/////

1

[Proposed] Order (2:22-cv-01051-KJM CKD)

1    **IT IS SO ORDERED.**

3    **Dated:  January 25, 2024**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE