UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No.  2:22-cv-1051 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion requesting an extension of time to serve responses to interrogatories.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 43) is granted.

2. Plaintiff is granted 21 days to serve responses to any outstanding interrogatories.

3. The deadline to conduct discovery is continued to August 7, 2024.

Dated:  June 10, 2024

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow0742.36