IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LUCIEN GARCIA,** | Case No. 2:22-cv-01051-KJM CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **ALLISON et al,** | |
| Defendant. | |

Defendant C. Kurgan has applied for an extension of time to file a dispositive motion. Having considered all documents filed in connection with the motion and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion (ECF No. 48) is GRANTED; and

2. Dispositive motions are due no later than October 29, 2024.

Dated: August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE