IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LUCIEN GARCIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ALLISON, et al,**<br><br>Defendant. | Case No. 2:22-cv-01051 DC CKD P<br><br>**ORDER** |

Defendant C. Kurgan has applied for an extension of time to file his summary judgment motion. Having considered all documents filed in connection with the Motion and good cause appearing, Defendant's Motion is **GRANTED**.

IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED; and

2. Defendant must file a summary judgment motion on or before November 8, 2024.

Dated: October 30, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE