UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:22-cv-1051 DC CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant Kurgan's November 8, 2024, motion for summary judgment. Because plaintiff has already filed an opposition, albeit in the wrong case, the request for an extension of time will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 58) is DENIED; and

2. The Clerk of the Court is directed to file the opposition to motion for summary judgment filed on November 27, 2024, in 2:22-cv-1068 DC CKD P in this action.

Dated:  January 31, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly/garc1051.36(2)