1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL LUCIEN GARCIA,                    No.  2:22-cv-1051-DC-CKD (PC)

12            Plaintiff,

13       v.                                    ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
14   KATHLEEN ALLISON, et al.,
                                               (ECF Nos. 54, 63)
15            Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 22, 2025, the magistrate judge filed findings and recommendations herein, which

21   were served on all parties and contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations. (ECF No. 64.) Defendant filed a response to those objections, and

24   Plaintiff filed supplemental objections thereafter. (ECF Nos. 65, 66.) Plaintiff's objections and

25   supplemental objections do not provide a basis upon which to reject the findings and

26   recommendations.

27        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

28   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

1  court finds the findings and recommendations to be supported by the record and by proper

2  analysis.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1. The findings and recommendations filed on April 22, 2025 (ECF No. 63), are adopted

5  in full;

6       2. Defendant Kurgan's motion for summary judgment (ECF No. 54) is granted;

7       3. Plaintiff's sole remaining claim is dismissed for failure to exhaust available

8  administrative remedies prior to filing suit; and

9       3. This Clerk of the Court is directed to close this case.

10

11

12       IT IS SO ORDERED.

13  Dated:   **September 12, 2025**                    _____

14                                                     Dena Coggins
                                                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28